UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY BEATTIE,

    Plaintiff,

vs.

Case No.: 6:19-cv-00447-PGB-TBS

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and Defendant, by and through their undersigned attorneys, and hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 29th day of July, 2019.

| GRABHORN LAW | HINSHAW & CULBERTSON LLP |
|---|---|
| *s/Michael D. Grabhorn* | *s/Steven D. Lehner* |
| Michael D. Grabhorn, Esq. | Steven D. Lehner, Esq. |
| 2525 Nelson Miller Pkwy., Suite 107 | Florida Bar No. 0039373 |
| Louisville, KY  40223 | 100 South Ashley Drive, Suite 500 |
| Telephone:  502-244-9331 | Tampa, FL 33602 |
| Facsimile:  502-244-9334 | Telephone: 813-276-1662 |
| ***ATTORNEY FOR PLAINTIFF*** | Facsimile: 813-276-1956 |
| | ***ATTORNEY FOR DEFENDANT*** |

THE MURRAY LAW FIRM, P.A.

*s/John P. Murray*
John P. Murray, Esq.
2655 LeJeune Rd., Suite 700
Coral Gables, FL  33134
Telephone: 305-779-4818
Facsimile:  305-779-4819
***CO-COUNSEL FOR PLAINTIFF***