**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARY BEATTIE,

        Plaintiff,

v.                               Case No:  6:19-cv-447-Orl-40EJK

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.
_____/

**ORDER**

This cause comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 47). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on July 30, 2019.

                                            PAUL G. BYRON
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties